UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 2:19-CV-14452-RLR**

JERRY L. CASEY,

     Petitioner,

v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

     Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING AND CLOSING CASE**

This matter is before the Court upon Petitioner Jerry Casey's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. DE 1. The Court referred this case to Magistrate Judge Jacqueline Becerra for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters. DE 13.

Judge Becerra issued a Report and Recommendation in which she recommended that Petitioner's Petition be denied. DE 14. Petitioner did not file objections to the Report and Recommendation. The Court has reviewed the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the Report and Recommendation and finds Judge Becerra's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Becerra's Report and Recommendation [DE 14] is **ADOPTED** as the Order of the Court.

2. Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **DENIED**.

3.  A Certificate of Appealability **SHALL NOT ISSUE**.

4.  The Clerk of the Court is instructed to **CLOSE THIS CASE**.   All deadlines are

   **TERMINATED**.

   **DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of March,

2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record